THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY, a/s/o Custom Concrete Contracting, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BROAN-NUTONE LLC, <br><br> Defendant. | Case No. 2:22-cv-00654-RSM <br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the foregoing Stipulation for an Order of Dismissal with prejudice and without costs, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled matter may be and the same is hereby dismissed with prejudice and without costs to any party herein.

DATED this 6th day of June, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE:
CASE NO. 2:22-CV-00654 - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711